United States District Court
Southern District of Texas
**ENTERED**
March 29, 2019
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| OLIVER  CRETSINGER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-00238 |
| | § | |
| MATRIX BUSINESS CONCEPTS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is an agreed motion by Plaintiff Oliver Cretsinger ("Plaintiff") and Defendant Matrix Business Concepts, LLC ("Defendant") (together, the "Parties") requesting approval of the Parties' settlement agreement. Dkt. 28. After reviewing the Parties' motion and supporting papers, including the Parties' agreement, it is hereby

**ORDERED** that the Motion is **GRANTED** in its entirety. It is further

**ORDERED** that the Parties' settlement agreement is approved as a fair and reasonable resolution of the Parties' bona fide dispute under the Fair Labor Standards Act. It is further

**ORDERED** that Plaintiff's claims against Defendant are dismissed in their entirety and with prejudice with all Parties to bear their own costs.

SIGNED at Galveston, Texas, this 29th day of March, 2019.

George C. Hanks Jr.
United States District Judge